IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JOHNNY LEE WEAVER, | ) |
| Petitioner-Appellant, | ) |
| vs. | ) Case No. CV119-142 |
| | ) (CR114-030-001) |
| UNITED STATES OF AMERICA, | ) |
| Respondent-Appellee. | ) |

O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this  11th  day of  March , 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA